## AFFIDAVIT OF SGT. DET. DONALD KEENAN

I, Donald Keenan, being duly sworn, depose and state as follows:

1.   I am a Sergeant Detective with the Boston Police Department ("BPD") where I have been employed for more than 14 years.  I am currently the Supervisor of the Drug Control Unit ("DCU") in District D-4, which covers neighborhoods in the Back Bay, South End, Lower Roxbury, and Fenway areas of Boston.

2.   During my tenure with the Boston Police Department, I have participated in investigations relating to the distribution of controlled substances including cocaine, cocaine base (also known as "crack cocaine"), heroin, marijuana, and other illegal drugs and have received training in the area of narcotics investigations.  I have been the affiant on affidavits in support of search warrants, arrest warrants, and other applications.

3.   This Affidavit is submitted in support of an application for a criminal complaint charging **BARRY SPENCER** and **MICHAEL MORRISON** with distributing, and aiding and abetting the distribution of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a) and Title 18, United States Code, Section 2.  On March 20, 2013, **SPENCER** and **MORRISON** sold cocaine to a BPD undercover officer

-1-

("the UC") in the area of 1990 Columbus Avenue in Boston's
Egleston Square.

4.   I am familiar with and participated in the underlying
investigation.  I watched portions of the deal as it took place,
took the UC to the area of Walnut Park after the deal was
complete and was present when he/she identified **SPENCER** and
**MORRISON** as the persons who had just sold him/her drugs, spoke
with the UC about what had happened, and have also reviewed
reports and a video taken by Detective Greg Walsh that captured
the FIO identification procedure performed shortly after the deal
took place.

5.   This affidavit does not set forth all the facts
developed during the underlying investigation.  Rather, it sets
forth facts I believe to be sufficient to establish probable
cause to believe that **SPENCER** and **MORRISON** committed the crime
set forth in the accompanying Criminal Complaint.

6.   For some time, members of the D-4 DCU have been
attacking street-level trafficking in and around various areas of
Boston (some of which are outside District D-4) where drug
trafficking and the violence it sometimes breeds is of concern.
In these operations, BPD undercover officers are often used to
purchase street level amounts of drugs, (usually that form of
cocaine known as cocaine base or "crack cocaine"), from
individuals who come to these areas to sell drugs.

-2-

7.    Activity took place in these ongoing operations on
March 20, 2013,  when members of my unit was assigned to assist
the District B-2 Drug Control Unit in drug operations being
conducted in the area around Egleston Square in Roxbury.   At
approximately 2:25 p.m. on March 20, 2013, a member of my unit
was deployed in the area of Egleston Square in an undercover
capacity ("the UC") to attempt to buy drugs from area dealers.
The UC (who has identified crack cocaine on many occasions of
times based on its appearance and texture) was sent out only
after I provided him/her with $40 of prerecorded BPD buy money
and myself and other officers from the B-2 and D-4 DCUs went out
on surveillance.

8.   After the UC was released,  he/she made his way to the
bus stop in front of 1990 Columbus Avenue where I had seen an
individual named **BARRY SPENCER** who I knew from prior drug arrests
and who had sued me in connection with an earlier case in which I
bought drugs from him in an undercover capacity.   The UC
approached **SPENCER** and asked him if he was "ON" (which, based on
my training and experience, I know is street term for someone
actively selling drugs), and told **SPENCER** that he/she wanted $20
of crack cocaine.    **SPENCER** told the UC that business had been
slow and was glad he/she came up. **SPENCER** then asked the UC to
follow him.

9. The UC followed **SPENCER** for several steps towards

3

Washington Street before **SPENCER** told the UC to return to the bus

stop and wait. After approximately five minutes, **SPENCER** returned

to the bus stop with a second male later identified as **MICHAEL**

**MORRISON.** As **SPENCER** and **MORRISON** approached the UC, **SPENCER**

told the UC that **MORRISON** was going to "give it to him/her" and

then began to look around the area in a manner which the UC

concluded was counter surveillance (i.e, checking to see if there

was any law enforcement in the area).

10. **MORRISON** then reached into his right pants pocket and

pulled out a plastic bag that the UC identified as containing

approximately 10 wrapped pieces of crack cocaine. The UC and

**MORRISON** then exchanged one of those pieces for $20 of the

recorded BPD buy money I had previously given him/her.

11. Once the buy was complete, **SPENCER** asked the UC for

his/her telephone number which the UC provided. The UC then

thanked **SPENCER** and **MORRISON,** left the area, and alerted me that

the deal was complete.

12. I and other members of my unit were able to surveil the

deal as it took place. After it was complete, officers

maintained surveillance on **SPENCER** and **MORRISON** so that they

could be approached near the intersection of Walnut Park and

Washington Street and be identified by officers from the Youth

Violence Strike Force who were in the area to assist us. As this

procedure was taking place, I drove the UC past in an unmarked

-4-

car and the UC identified **SPENCER** and **MORRISON** as the two men who had just sold him/her the drugs. Detective Greg Walsh (who was in the area in another undercover vehicle) videotaped the identification procedure.

13.   When the UC returned to District D-4, he/she was shown pictures of **SPENCER** and **MORRISON** and confirmed that they were the persons who had sold him/her the drugs. The drugs (which had been identified by the UC as crack cocaine) were  turned over to Officer Sean Flaherty who field tested them (positive for cocaine) and logged them into evidence so that they could be sent to the Massachusetts State Police Crime Lab for further testing.

14.   Based upon the foregoing, I submit there is probable cause to believe that, on March 20, 2013, **BARRY SPENCER** and **MICHAEL MORRISON** distributed and aided and abetted the distribution of cocaine in violation of 21 U.S.C. § 841(a) and 18 U.S.C. §2.

**MAY 1 7 2013**

Signed under the pains and penalties of perjury this ___ day of May, 2013.

_____
SGT. DET. DONALD KEENAN

**MAY 1 7 2013**

Sworn to and subscribed before me this ___ day of May, 2013.

_____
ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

-5-